---

**WISCONSIN LABORERS HEALTH FUND,**
**WISCONSIN LABORERS PENSION FUND,**
**WISCONSIN LABORERS APPRENTICESHIP**
**& TRAINING FUND, and JOHN J. SCHMITT**
**(in his capacity as Trustee),**

**WISCONSIN LABORERS DISTRICT COUNCIL,**

        **Plaintiffs,**

    **v.**                            **Case No. 19-cv-252**

**BURHOP CONSTRUCTION SERVICES LLC,**

        **Defendant.**

---

## ORDER AND ENTRY OF JUDGMENT

---

Request and motion for default judgment brought by the Plaintiffs in the above-captioned action was submitted to the Court and filed with the clerk.

The Court, having duly heard all issues and a decision having been duly rendered, orders as follows:

1.    Defendant has failed to plead or otherwise defend as provided by Rule 55(a) of the Fed. R. Civ. P.

2.    Defendant violated the Labor-Management Relations Act of 1947, as amended, as well as the Employee Retirement Income Security Act of 1974, as amended, and the effective collective bargaining agreement by failing to pay fringe benefit contributions on behalf of its employees to the Plaintiff Funds.

3.   Due to Defendant's failure, Plaintiffs are entitled to damages consisting of contributions, liquidated damages, interest, and costs.

4.   The Court assesses the total damages to the Plaintiffs in the sum of $50,033.58.

**IT IS HEREBY ORDERED** that the Clerk of Court is directed to enter judgment in favor of Plaintiffs in the amount of $50,033.58 together with interest at the rate allowed by law.

Dated this 7th day of August , 2019.

_____

U. S. District Court Judge