IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WISCONSIN LABORERS HEALTH FUND,
WISCONSIN LABORERS PENSION FUND,
WISCONSIN LABORERS
APPRENTICESHIP & TRAINING FUND,
AND JOHN J. SCHMITT (in his capacity as
Trustee), WISCONSIN LABORERS
DISTRICT COUNCIL,

    Plaintiffs,

v.

BURHOP CONSTRUCTION SERVICES
LLC,,

    Defendant.

Case No. 19-CV-252-WMC

## DEFAULT JUDGMENT

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiffs Wisconsin Laborers Health Fund, Wisconsin Laborers Pension Fund, Wisconsin Laborers Apprenticeship & Training Fund, and John J. Schmitt (in his capacity as Trustee), Wisconsin Laborers District Council and against Defendant Burhop Construction Services LLC, in the amount of $50,033.58 plus interest on the judgment at the legal rate until the judgment is satisfied.

Dated this 07 day of August 2019.

V. Olmo, Deputy Clerk
Peter Oppeneer
Clerk of Court